# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA  ☒ EEOC | 563-2015-911 |

| Kansas Human Rights Commission | and EEOC |
|---|---|

*State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Patricia Walker | 816 898 5536 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 349 NW Rockhill Lane | Lee's Summit, MO  64081 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OR EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Lane's Cleaning | 20+ | 913 422 2016 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 11225 College Boulevard Ste 120 | Overland Park, KS  66210 | Johnson |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| SC Realty Services Inc. | 913 422 2016 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 11225 College Blvd. Ste 120 | Overland Park, KS  66210 | Johnson |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

| | | | | DATE DISCRIMINATION TOOK PLACE |
|---|---|---|---|---|
| ☐ RACE | ☐ COLOR | ☒ SEX | ☐ RELIGION | ☐ AGE | EARLIEST (ADEA/EPA)   LATEST (ALL) |
| ☒ RETALIATION | ☐ NATIONAL ORIGIN | ☐ DISABILITY | ☐ OTHER *(Specify)* | November 2014   Jan 2015 |

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was part owner of Magic Touch Cleaning Inc. I owned and operated the business with my husband for more than 20 years. In October of 2014 we sold the business to Respondent SC Realty Services. This entity owns and operates Lane's Cleaning. As part of the purchase agreement, I was to work for the new owner in the role of Vice President of Sales and Marketing. My direct report was David Harvey. He is the owner of SC Realty. During the month of October and most of November I worked out of the former office of Magic Touch. Thereafter I moved my work location to the company headquarters on College Boulevard. While there were several other employees employed by SC Realty and Lane's Cleaning, my only equivalent was a male employee who was the Vice President of Operations. During my short time with the company I was harassed and discriminated against by David Harvey. More specifically, he would send me emails stating "you work for me now", he would micromanage my schedule, constantly question my whereabouts, including who I had met with and how long the meeting had lasted. He inhibited my ability to do my job by failing to provide me with vital information and resources. He did not micromanage or treat my male counterpart in this manner. On multiple occasions Mr. Harvey would comment on my appearance. He would tell me I was attractive and that all of his sales force should look like me. In customer meetings, he would make discriminatory and degrading comments such as telling people that looking at a spreadsheet makes me "go cross eyed" and implying that I was essentially just a pretty face. Following one such instance, and in December of 2014, I confronted him about this and his treatment of me. My husband also confronted Mr. Harvey in December about his comments and his discriminatory treatment of me. During my husband's conversation with Mr. Harvey about the treatment to which I was subjected, Mr. Harvey made statements to the effect that we were not spending time together at night or out of the office. There was never such an accusation. Shortly after my complaints of discrimination to Mr. Harvey, as well as my husband's complaint, I was terminated. (see attached)

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | |
| *(signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| Date 3-6-2015   Charging Party *(Signature)* | |

EEOC FORM 5 (10/94)

**EXHIBIT A**

I was terminated for allegedly breaching my employment agreement and for breach of my fiduciary duties. There was absolutely no truth to the allegations. I was fired in violation of my employment contract which was a two year agreement. I believe that I was terminated as a result of my complaints and my husband's complaints on my behalf of discrimination.

RECEIVED EEOC
KANSAS CITY AREA OFFICE
2015 MAR 16 PM 12: 48

**EXHIBIT A**